```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHANNON DICKINSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>SUSAN MUELLER, et al.,<br><br>                    Defendants. | No. 23-CV-5657 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the parties' proposed schedule for pre-trial filing deadlines in the above-captioned action and the related actions listed below.  (Dkt. no. 53.)  The parties' proposed schedule is modified as follows:

1. Knight v. Lee, 23-cv-5662:

   a. Pre-trial submissions: June 13, 2025

   b. Oppositions to in limine motions: June 23, 2025

   c. Replies to oppositions to in limine motions: June 30, 2025

2. Stewart v. Lee, 23-cv-5668; Dickinson v. Acrish, 23-cv-5657; Mathis v. Lee, 23-cv-5663:

   a. Pre-trial submissions: August 22, 2025

   b. Oppositions to in limine motions: September 5, 2025

   c. Replies to oppositions to in limine motions: September 12, 2025

3. <u>Hernandez v. Mueller</u>, 23-cv-5661; <u>Pritchett v. Dinello</u>, 23-cv-5664; <u>Dockery v. Lee</u>, 23-cv-5658:
    a. Pre-trial submissions: October 17, 2025
    b. Oppositions to <u>in limine</u> motions: October 31, 2025
    c. Replies to oppositions to <u>in limine</u> motions: November 14, 2025

4. <u>Rivera-Cruz v. Mueller</u>, 23-cv-5667; <u>Gradia v. Andola</u>, 23-cv-5660:
    a. Pre-trial submissions: November 10, 2025
    b. Oppositions to <u>in limine</u> motions: November 24, 2025
    c. Replies to oppositions to <u>in limine</u> motions: December 8, 2025

The Clerk of the Court shall docket this order in each of the cases listed below.

1. 23-CV-5657
2. 23-CV-5658
3. 23-CV-5660
4. 23-CV-5661
5. 23-CV-5662
6. 23-CV-5663
7. 23-CV-5664
8. 23-CV-5667
9. 23-CV-5668

**SO ORDERED.**

Dated:    June 4, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge